UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANG JING XU,<br><br>    Petitioner,<br><br>    v.<br><br>KIRSTJEN NIELSEN, et al.<br><br>    Respondent. | No. SACV 18-785-SJO (AGR)<br><br>**JUDGMENT** |

Pursuant to the Opinion and Order on Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is dismissed as moot.

DATED: 6/6/18

_____
S. JAMES OTERO
United States District Judge